IN RE AMENDMENT TO RULE 5 OF RULES GOVERNING ADMISSION TO PRACTICE OF LAW
2024 OK 71
Case Number: SCBD-7743
Decided: 10/07/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 71, __ P.3d __

In Re: Amendment to Rule Five of the Rules Governing Admission to the Practice of Law, 5 O.S. 2011, Ch. 1, app. 5

ORDER

This matter comes on before this Court upon an Application to Amend Rule Five of the Rules Governing Admission to the Practice of Law, 5 O.S. 2011, Ch. 1, app 5. This Court finds that it has jurisdiction over this matter and the Rules are hereby amended as set out in Exhibit A attached hereto.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 7th DAY OF OCTOBER, 2024.

/S/CHIEF JUSTICE

Kane, C.J., Kauger, Winchester, Edmondson, Combs, Gurich, Darby, JJ., concur;

Rowe, V.CJ. and Kuehn, J., dissent.

 

 

 

EXHIBIT A

RULES GOVERNING ADMISSION

TO THE PRACTICE OF LAW

IN THE STATE OF OKLAHOMA

Adopted and Promulgated by the Supreme Court of Oklahoma in Revised Form on the 7th day of February 2023.

RULE FIVE

EXAMINATION

In effect on July 1, 2024<strike>March 1, 2021</strike>;

All applicants for admission by examination who score at least a 260<strike>264</strike> on the Uniform Bar Examination (UBE), either in Oklahoma or by transfer of the score from a UBE administered in another UBE jurisdiction authorized by the NCBE and are otherwise qualified under these rules shall be recommended by the Board of Bar Examiners to the practice of law in this state. Prior to July 1, 2024, all applicants for admission by examination who scored at least a 264 on the UBE, either in Oklahoma or by transfer of the score from a UBE administered in another UBE jurisdiction authorized by the NCBE and who are otherwise qualified under these rules shall be recommended by the Board of Bar Examiners for admission to the practice of law in this state.

There shall be held two bar examinations each year, at dates, times, places and duration to be prescribed by the Board of Bar Examiners.

 

 

 

EXHIBIT A

RULES GOVERNING ADMISSION

TO THE PRACTICE OF LAW

IN THE STATE OF OKLAHOMA

Adopted and Promulgated by the Supreme Court of Oklahoma in Revised Form on the 7th day of February 2023.

RULE FIVE

EXAMINATION

In effect on July 1, 2024;

All applicants for admission by examination who score at least a 260 on the Uniform Bar Examination (UBE), either in Oklahoma or by transfer of the score from a UBE administered in another UBE jurisdiction authorized by the NCBE and are otherwise qualified under these rules shall be recommended by the Board of Bar Examiners to the practice of law in this state. Prior to July 1, 2024, all applicants for admission by examination who scored at least a 264 on the UBE, either in Oklahoma or by transfer of the score from a UBE administered in another UBE jurisdiction authorized by the NCBE and who are otherwise qualified under these rules shall be recommended by the Board of Bar Examiners for admission to the practice of law in this state.

There shall be held two bar examinations each year, at dates, times, places and duration to be prescribed by the Board of Bar Examiners.

 

 

<!--END DOCUMENT-->